# IN THE NINTH COURT OF APPEALS

## 09-17-00001-CV

In the Interest of T.R.H. Jr.

On Appeal from the
75th District Court of Liberty County, Texas
Trial Cause No. CV0901264

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered this cause on appeal, concludes that the orders of the trial court should be reversed and the cause remanded to the trial court. IT IS THEREFORE ORDERED, We reverse the trial court's Order in Suit to Modify Parent-Child Relationship of November 30, 2016, and Nunc Pro Tunc Order in Suit to Modify Parent-Child Relationship dated February 16, 2017, but made effective as of November 30, 2016, and remand to the trial court for a new trial. All costs of the appeal are assessed against the appellees.

Opinion of the Court delivered by Justice Charles Kreger

May 17, 2018

**REVERSED AND REMANDED**

\*\*\*\*\*\*\*\*\*\*

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court